IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02566-WYD-BNB

UMG RECORDINGS, INC., a Delaware corporation,
WARNER BROS. RECORDS, INC., a Delaware corporation,
INTERSCOPE RECORDS, a California general partnership,
CAPITOL RECORDS, INC., a Delaware corporation,
ATLANTIC RECORDING CORPORATION, a Delaware corporation, and
SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,

Plaintiffs,

v.

LINDA SANDERS,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiffs' Motion to Vacate Scheduling Conference** [docket no. 17, filed April 21, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Conference set for April 28, 2008, is **VACATED**.

DATED: April 22, 2008