IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02566-WYD-BNB

UMG RECORDINGS, INC., a Delaware corporation;
WARNER BROS. RECORDS, INC., a Delaware corporation;
INTERSCOPE RECORDS, a California general partnership;
CAPITOL RECORDS, INC., a Delaware corporation;
ATLANTIC RECORDING CORPORATION, a Delaware corporation; and
SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,

    Plaintiffs,

v.

LINDA SANDERS,

    Defendant.

## ORDER FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION

THIS MATTER is before the Court on Plaintiffs' Application for Entry of Default Judgment by the Court [doc. #15, filed April 4, 2008]. The Court having reviewed the Motion and being sufficiently advised of the premises therein, it is hereby ORDERED that:

1. Pursuant to Section 504 of the Copyright Act, 17 U.S.C. § 504, Defendant shall pay the minimum statutory damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Dollars ($6,000.00).

2. Pursuant to Section 505 of the Copyright Act, 17 U.S.C. § 505, Defendant shall pay Plaintiffs' costs of suit herein in the amount of Four Hundred Seventy Dollars

($470.00), an amount I find to be reasonable.

3.   Pursuant to Section 502 of the Copyright Act, 17 U.S.C. § 502, Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

"That's My Job," on album "Borderline," by artist "Conway Twitty" (SR# 79-701);

"In The End," on album "Hybrid Theory," by artist "Linkin Park" (SR# 288-402);

"Area Codes," on album "Word of Mouf," by artist "Ludacris" (SR# 304-605);

"Blurry," on album "Come Clean," by artist "Puddle of Mudd" (SR# 301-465);

"Sex and Candy," on album "Marcy Playground," by artist "Marcy Playground" (SR# 240-954);

"Push," on album "Yourself or Someone Like You," by artist "Matchbox 20" (SR# 227-755);

"Thuggish Ruggish Bone," on album "Creepin On Ah Come Up," by artist "Bone Thugs-N-Harmony" (SR# 223-608);

"Superman," on album "Eminem Show," by artist "Eminem" (SR# 317-924);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies

of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

Dated: November 24, 2008.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE